Form 27 - GENERAL PURPOSE

**JONATHAN B. STRAUSS**
**ATTN:**

U.S. DISTRICT SOUTHERN COURT       NEW YORK COUNTY

-------------------------------------------------

AUDLEY BARRANCO, ETANO                      plaintiff

        - against -

THE CITY OF NEW YORK, ETANO                  defendant

-------------------------------------------------

Index No. **07CV-3074**

Date Filed  ............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**KENNETH WISSNER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **17th** day of **April, 2007**    at **11:30 AM.,**              at
**100 CHURCH ST, 4TH FL.**
**NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **THE CITY OF NEW YORK**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **MADELYN SANTANA, LEGAL CLERK & GENERAL AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **35** | APP. HT: **5:5** | APP. WT: **120** |

OTHER IDENTIFYING FEATURES:

Sworn to before me this
18th  day of  April, 2007tm

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

KENNETH WISSNER   721352
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JBS30811