Form 02 - SUITABLE AGE                    AETNA CENTRAL JUDICIAL SERVICES

**JONATHAN B. STRAUSS**
**ATTN:**
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY

---

AUDLEY BARRANCO, ETANO                    plaintiff

         - against -

THE CITY OF NEW YORK, ETANO               defendant

Index No. **07CV-3074**

Date Filed ............

Office No.

Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BRETT M. GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **25th** day of **April, 2007  01:25 PM** at
  **%VICE UNIT 1 POLICE PLAZA RM. 1200**
  **NEW YORK, NY 10038**
I served the **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER NICHOLAS LAGANO**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
  **DET. "JOHN" GIGANTE BADGE#822, CO-WORKER WHO REFUSED TRUE FIRST NAME** a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**    AGE: **32**    HEIGHT: **5:11**    WEIGHT: **190**
OTHER IDENTIFYING FEATURES:
On **04/26/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
26th day of April,    2007ni

JOEL GOLUB
Notary Public, State of New York
No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

      ..........................
      BRETT M. GOLUB    1239212
      AETNA CENTRAL JUDICIAL SERVICES
      225 BROADWAY, SUITE 1802
      NEW YORK, NY, 10007
      Reference No: 3JBS30812