**JONATHAN B. STRAUSS**
ATTORNEY AT LAW
233 BROADWAY - SUITE 900
NEW YORK, NY 10279
(212) 792-7948
FAX: (212) 267-2110

9/20/07

September 17th, 2007

Hon. Gabriel W. Gorenstein
500 Pearl Street
New York, N.Y. 10007

MEMORANDUM ENDORSED

    Re: Barranco & Mckie v City of N.Y. et al
    Civ. No. 07CV3074

Dear Judge Gorenstein:

    Pursuant to your Honors Individual Practices we are writing the Court to request an extension of time to amend our complaint from October 2nd, 2007 until November 2nd, 2007.

    This is the first request for any time extensions and/or deadlines. We are seeking this request because we are currently scheduled for a settlement conference with your Honor an October 12th, 2007. Therefore, we have not calendared any depositions until after that date. Furthermore, we believe that depositions will lead to additional liable parties that we intend to join in the instant lawsuit.

    The attorneys for the defendants have consented to the extension of time to amend the complaint only.

Respectfully Yours,

Jonathan Strauss

cc: Gabriel Harvis, Esq.

Granted. 10/9/2007

SO ORDERED: DATE: _____

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE